

# Fourth Court of Appeals
## San Antonio, Texas

April 1, 2020

No. 04-20-00061-CR

Nathan **GUZMAN**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 81st Judicial District Court, La Salle County, Texas
Trial Court No. 18-08-00031-CRL
Honorable Lynn Ellison, Judge Presiding

# O R D E R

The reporter's record was due on March 16, 2020. On March 16, 2020, the court reporter filed a notification of late record stating that the record had not been filed because appellant had failed to pay or make arrangements to pay the court reporter's fee for preparing the record and appellant was not entitled to appeal without paying the fee. On March 20, 2020, we ordered appellant to provide written proof that the court reporter's fee had been paid or arrangements had been made to pay the fee. On March 31, 2020, appellant provided written proof to this court that he had paid the court reporter's fee. We therefore **ORDER** the court reporter to file the reporter's record **by May 1, 2020**.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of April, 2020.

_____
Michael A. Cruz,
Clerk of Court